# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

United States of America
v.
Anthony Jamerson )
)
) Case No: 1:06CR10001-001
) USM No: 06723-010
)
Date of Original Judgment: December 14, 2007 )
Date of Previous Amended )
Judgment: )  Chase Carmichael
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     97    months **is reduced to**   78   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated December 14, 2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7 March 2012

Effective Date: _____
*(if different from order date)*

Judge's signature

Harry F. Barnes  U.S. Dist Judge
*Printed name and title*

SEJH

DISTRICT COURT
W DIST ARKANSAS
FILED
MAR 09 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk